1    **WO**

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                                  DISTRICT OF ARIZONA

9    United States of America,

10             Plaintiff,                              No.    08-3095-M

11   v.                                        **ORDER EXTENDING TIME TO**
                                                          **INDICT**
12   Cesario Rosendo Hernandez-Flores,
                                                       (First Request)
13
               Defendant.
14

15             HAVING considered Defendant Motion to Extend Time to Indict and

16   good cause having been shown;

17             THE COURT makes the following findings:

18             1.    Counsel for defendant has only recently been appointed;

19             2.    The defendant earnestly wishes to consider the plea offer extended by
                     the government;
20
               3.    The defendant wishes to investigate possible defenses prior to
21                   considering the government's plea offer;

22             4.    The government's plea offer, if accepted by the defendant and then the
                     court, would likely reduce defendant's exposure to a significant term
23                   of imprisonment;

24             5.    If the defendant does not timely accept the plea offer prior to
                     indictment, the government will withdraw said plea offer and any
25                   subsequent plea offer after indictment would likely be less
                     advantageous to the defendant;
26
               6.    Failure to extend time for indictment in this instance would thus operate
27                   to bar defendant from reviewing the government's plea offer in a
                     meaningful way prior to indictment; and
28

7.     The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy indictment.

IT IS HEREBY ORDERED that defendant's Motion to Extend Time for Indictment requesting an extension of thirty (30) days within the government may seek to indict defendant, is hereby granted.

IT IS FURTHER ORDERED that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, the Government shall have an extension of thirty (30) days to file a timely Indictment.  Excludable time shall begin to run on the 31st day after arrest for a period of thirty (30) days in which the Government may present the case to the grand jury.

DATED this 10th day of April, 2008.

Lawrence O. Anderson
United States Magistrate Judge